# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DOCUMENT DYNAMICS, LLC,  )
)
        Plaintiff,  )    Civil Action No. 3:18-cv-00411-AVC
)
    v.  )
)
XEROX CORPORATION,  )
)    March 15, 2019
        Defendant.  )
)

## XEROX CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Pursuant to Fed. R. Civ. P. 56, Defendant Xerox Corporation hereby moves for Summary Judgment of Invalidity of the asserted Claim 4 of U.S. Patent No. 7,872,772.

For the reasons set forth in the accompanying Memorandum of Law, Xerox respectfully requests that the Court grant this motion.

By:   /s/ Elizabeth A. Alquist
        Elizabeth A. Alquist (ct15643)
        Woo Sin Sean Park (ct30074)
        Day Pitney LLP
        242 Trumbull Street
        Hartford, CT 06103-1212
        Tel. (860) 275-0100
        Fax (860) 275-0343
        *eaalquist@daypitney.com*
        *wpark@daypitney.com*

        ***Attorneys for Defendant Xerox Corporation***

-2-

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 15, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                        /s/ Elizabeth A. Alquist
                      Elizabeth A. Alquist (ct15643)