UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOCUMENT DYNAMICS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>XEROX CORPORATION,<br><br>        Defendant. | Civil Action No. 3:18-cv-00411-AVC<br><br>March 15, 2019 |

## DECLARATION OF ELIZABETH A. ALQUIST

I, Elizabeth A. Alquist, hereby declare under penalties of perjury:

1. I am a member of the bar of the State of Connecticut, and a partner at the law firm of Day Pitney LLP. I serve as counsel for the Defendant Xerox Corporation ("Xerox") in the above captioned action.

2. I submit this Declaration in support of Xerox's Summary Judgment Motion of Invalidity.

3. Exhibit A, attached hereto, is a true and accurate copy of US Patent No. 7,782,772 (filed Mar. 12, 2007).

4. Exhibit B, attached hereto, is a true and accurate copy of Document Dynamics, LLC's Opening Expert Report of Glenn Weadock Regarding Infringement ("Weadock Report").

5. Exhibit C, attached hereto, is a true and accurate copy of US Patent Application Publication No. 2005/0259289 ("Ferlitsch") (filed May 10, 2004) (published Nov. 24, 2005).

6. Exhibit D, attached hereto, is a true and accurate copy of US Patent No. 7,190,478 (filed May 29, 2002).

102377173

7. Exhibit E, attached hereto, is a true and accurate copy of US Patent Application Publication No. 2003/0223092 ("Caffary") (filed May 29, 2002) (published Dec. 4, 2003).

8. Exhibit F, attached hereto, is a true and accurate copy of US Patent Application Publication No. 2002/0101600 ("Sabbagh") (filed Jan. 29, 2001) (published Aug. 1, 2002).

9. Exhibit G, attached hereto, is a true and accurate copy of Xerox, *DPServer Solutions Guide* (2d ed. 1999) ("DPServer").

10. Exhibit H, attached hereto, is a true and accurate copy of US Patent No. 6,832,250 ("Coons") (filed Apr. 13, 2000) (issued Dec. 14, 2004).

11. Exhibit I, attached hereto, is a true and accurate copy of US Patent Application Publication No. 2003/0197887 ("Shenoy") (filed Apr. 18, 2002) (published Oct. 23, 2003).

12. Exhibit J, attached hereto, is a true and accurate copy of Internet Archive, *DPServer Product Overview*, https://web.archive.org/web/20001101111127/http://www.xerox.com:80/go/xrx/software/overview.jsp?id=DPServer+&cat=/Software/Software+Associated+with+Xerox+Products&cat=/Software/Software+Associated+with+Xerox+Products (last visited Mar. 15, 2019).  The webpage shows that DPServer was publicly disseminated by November 1, 2000 at the latest.

Executed on this 15th day of March 2019.

By: /s/ Elizabeth A. Alquist
      Elizabeth A. Alquist